UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TERREL SYKES,<br><br>                                        Plaintiff,<br><br>                  - against -<br><br>CORNELL UNIVERSITY and LISA<br>RACHMUTH,<br><br>                                        Defendants. | | 1:22-cv-03989-JPC |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day came for consideration the Motion of Mark Siegmund for Leave to Withdraw as Counsel for defendants Cornell University and Lisa Rachmuth (collectively, the "Cornell Defendants").  Having considered the motion, the Court finds that it is hereby GRANTED.

Accordingly, it is ORDERED that Mark Siegmund is hereby withdrawn as counsel of record for the Cornell Defendants and shall be removed from all future notices in this lawsuit. SO ORDERED.

Dated:  August 12, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge