UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TERREL SYKES, :
:
Plaintiff, :
: 22 Civ. 3989 (JPC)
-v- :
: ORDER
LISA RACHMUTH *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On March 31, 2023, the Court issued an Opinion and Order dismissing in full Plaintiff's Second Amended Complaint, Dkt. 25, but granting Plaintiff leave to file a third amended complaint by April 30, 2023. *See* Dkt. 40. Plaintiff did not file a third amended complaint by that date. Consequently, the Clerk of Court is respectfully directed to enter judgment dismissing Plaintiff's 42 U.S.C. § 1981 claim with prejudice and all other claims without prejudice, and to close this case.

      SO ORDERED.

Dated: May 15, 2023  
       New York, New York  
                                              JOHN P. CRONAN  
                                              United States District Judge