**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TERREL SYKES,

                Plaintiff,
    -against-                                               22 **CIVIL** 3989 (JPC)

                                                                         **JUDGMENT**

LISA RACHMUTH et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 15, 2023, the Court issued an Opinion and Order on March 31, 2023, dismissing in full Plaintiff's Second Amended Complaint, Dkt. 25, but granting Plaintiff leave to file a third amended complaint by April 30, 2023. See Dkt. 40. Plaintiff did not file a third amended complaint by that date. Consequently, judgment is entered dismissing Plaintiff's 42 U.S.C. § 1981 claim with prejudice and all other claims without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
           May 15, 2023

                                                                     **RUBY J. KRAJICK**
                                                             _____
                                                                     **Clerk of Court**

                                             **BY:**    _K. Mango_
                                                                   _____
                                                                     **Deputy Clerk**